# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DINA L. OWENS  
201 JOE DRIVE  
AMBOY, IL 61310

SSN-xxx-xx-6008

Case Number: 08-70190

Case filed on: 1/25/2008  
Plan Confirmed on: 4/18/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,156.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | DINA L. OWENS (PRO SE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ALLSTATE FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ENCORE RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ACCOUNTS RECEIVABLE MANAGEMENT INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NATIONAL ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | AMERICAN DEBT COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NCO FINANCIAL SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | UNIVERSAL FIDELITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | STATES RECOVERY SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | ED FUND | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | ECMC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 2,038.63 | 2,038.63 | 0.00 | 0.00 |
| 005 | ILLINOIS DEPT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 19,633.57 | 19,633.57 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | LEE COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 21,672.20 | 21,672.20 | 0.00 | 0.00 |
| 999 | DINA L. OWENS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BENEFICIAL ILLINOIS INC | 257,829.41 | 0.00 | 0.00 | 0.00 |
| 002 | BENEFICIAL ILLINOIS INC | 24,711.29 | 16,564.00 | 589.27 | 0.00 |
| 003 | TRIAD FINANCIAL CORP & ROADLOANS | 8,576.90 | 8,576.90 | 1,388.13 | 0.00 |
|  | Total Secured | 291,117.60 | 25,140.90 | 1,977.40 | 0.00 |
| 003 | TRIAD FINANCIAL CORP & ROADLOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 49.00 | 15.19 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 22,617.99 | 7,011.58 | 0.00 | 0.00 |
| 014 | AMERILOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROUNDUP FUNDING LLC | 820.60 | 254.39 | 0.00 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 871.58 | 270.19 | 0.00 | 0.00 |
| 018 | BENEFICIAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | PREMIER BANKCARD/CHARTER | 421.12 | 130.55 | 0.00 | 0.00 |
| 022 | GEICO DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROUNDUP FUNDING LLC | 1,227.65 | 380.57 | 0.00 | 0.00 |
| 026 | PAYCHECK NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PAYDAY OK | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | PROGRESSIVE DIRECT INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | QUIK PAYDAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | SONIC PAYDAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | UNITED CASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | US BANK/RETAIL PAYMENT SOLUTIONS | 1,792.26 | 555.60 | 0.00 | 0.00 |
| 036 | US FAST CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | AFNI/VERIZON | 98.37 | 30.49 | 0.00 | 0.00 |
| 039 | WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ECMC | 2,122.19 | 657.88 | 0.00 | 0.00 |
| 044 | LARRY A. OWENS | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | CAPITAL ONE | 1,302.64 | 403.82 | 0.00 | 0.00 |
| 046 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 31,323.40 | 9,710.26 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

|  | Grand Total: | 344,113.20 | 56,523.36 | 1,977.40 | 0.00 |

| | |
|---|---|
| Total Paid Claimant: | $1,977.40 |
| Trustee Allowance: | $178.60 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                 /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008        By  /s/Heather M. Fagan